JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP GRAHAM DUGGER,<br><br>        Petitioner,<br><br>    v.<br><br>KATHLEEN ALLISON, CDCR Secretary,<br><br>        Respondent. | Case No. SACV 20-1744-GW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Federal Habeas Petition,

IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 3, 2021

_____
GEORGE H. WU
U.S. DISTRICT JUDGE